NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3102

TERESITA LAZARTE,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF-0831080468-I-1.

ON MOTION

## O R D E R

The court treats Teresita Lazarte's informal brief as a motion for leave to file her brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted and the brief is accepted for filing.

(2)    The Office of Personnel Management should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:    Teresita Lazarte
       Leslie Cayer Ohta, Esq.
s8